Copies mailed by Certified Mail
Chambers of Judge Kaplan
AM

*D. Williams   7002 2410 0002 6963 4064*
*J. Rosa   7002 2410 0002 6963 4071*
*J. Ortega   7002 2410 0002 6963 4088*
*A. Mendoza   7002 2410 0002 6963 4095*
*G. Jackson   7002 2410 0002 6963 4101*
*E. Nunez   7002 2410 0002 6963 4118*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DERRICK WILLIAMS, JULIA ROSA,
JOSE ORTEGA, GREGORY JACKSON,
ANTONIO MENDOZA, and ECIAS NUNEZ,
                    Plaintiffs Pro Se,

    v.

WARDEN A. AMICUCCI, et al.,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HON. LEWIS A KAPLAN:

07-cv-3767 (LAK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/09
```

ORDER

A review of the docket sheet in the above-captioned case indicates that the amended complaint was filed on May 14, 2007, and that as of January 28, 2008 it has not been served. Rule 4(m) of the Federal Rules of Civil Procedure provides:

IF A SERVICE OF THE SUMMONS AND COMPLAINT IS NOT MADE UPON A DEFENDANT WITHIN 120 DAYS AFTER THE FILING OF THE COMPLAINT AND THE PARTY ON WHOSE BEHALF SUCH SERVICE WAS REQUIRED CANNOT SHOW GOOD CAUSE WHY SUCH SERVICE WAS NOT MADE WITHIN THAT PERIOD, THE ACTION SHALL BE DISMISSED AS TO THAT DEFENDANT WITHOUT PREJUDICE UPON THE COURT'S OWN INITIATIVE WITH NOTICE TO SUCH PARTY OR UPON MOTION.

Upon its own initiative, the Court is extending plaintiff s pro se's time to serve the defendants. Plaintiffs pro se shall make arrangements to have the summons and complaint promptly served on defendant(s) by filling out and forwarding to the U.S. Marshal the forms available from the Court's Pro Se office. **If service is not made upon the defendant(s) or you fail to show good cause why such service has not been effected Judge Kaplan will dismiss the action on March 28, 2008.**

You are required to advise the Clerk of the Court and Judge Kaplan's chambers of any change of address. Failure to keep the court informed of your address may result in dismissal of your case.

If you need assistance with court procedures, contact the Pro Se Clerk at the United States Courthouse, 500 Pearl Street, New York, NY 10007. The telephone number for the Pro Se Clerk is (212) 805-0175.

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, N.Y.
     January 28, 2008