UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DERRICK WILLIAMS, JULIA ROSA,
JOSE ORTEGA, GREGORY JACKSON,            07-cv-3767 (LAK)
ANTONIO MENDOZA, and ECIAS NUNEZ,
          Plaintiffs Pro Se,
    v.

WARDEN A. AMICUCCI, et al.,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
HON. LEWIS A KAPLAN:

ORDER

      By Order dated January 28, 2008, plaintiffs *pro se* were warned that failure to serve the complaint within 120 days after its filing would result in dismissal of the case. A review of the docket sheet shows that no proof of service has been filed by any of the plaintiffs. Postal return receipts show that the January 28, 2008 order was received by plaintiffs *pro se* Derrick Williams and Jose Ortega; copies mailed to Julio Rosa, Ecias Nunez, Antonio Mendoza, and Gregory Jackson were returned to the Court due to the failure of plaintiffs pro se to inform the Court of their new address.

      Accordingly, this case is dismissed without prejudice as to all plaintiffs *pro se* without prejudice for failure to serve, and additionally as to plaintiffs pro se Rosa, Nunez, Mendoza and Jackson, for failure to prosecute in so far as they failed to inform the Court as to their new mailing address.

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, NY
April 16, 2008